# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-0012 |
| v. ) | |
| ) | |
| KEINO ARMSTRONG, LESTER ) | |
| ROBERTS, and Mario ROBLES ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

# ORDER

FINCH, SENIOR JUDGE

    THIS MATTER comes before the Court on Defendants' Motion In Limine to exclude the testimony of the Government's Forensic Chemist Patricia Burn.  The Government opposes Defendants' Motion.  After consideration and upon review of the briefs submitted by the parties, it is hereby

    **ORDERED** that Defendant's Motion in Limine to exclude the testimony of the Government's Forensic Chemist Patricia Burn is **DENIED**.


    **ENTERED** this 3rd day of April, 2009.

                                                          /s/_____
                                         **HONORABLE RAYMOND L. FINCH**
                                         **SENIOR U.S. DISTRICT JUDGE**

.

2